# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA,
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARCI A. COLLINS,** | |
| **Plaintiff,** | |
| *vs.* | **CAUSE NO.  1:14-cv-1765-DKL-JMS** |
| **CAROLYN W. COLVIN, Commissioner of Social Security,** | |
| **Defendant.** | |

## JUDGMENT

The Court, having this date issued its *Entry* herein, hereby **ORDERS**, **ADJUDGES**, and **DECREES** judgment in favor of Plaintiff and against Defendant. Defendant's decision denying Plaintiff's claim for disability benefits is **REVERSED** and Plaintiff's claim is **REMANDED** to Defendant for reconsideration consistent with the instructions in the Court's *Entry*.  This is a judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

        **SO ORDERED this date:  03/17/2016**

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *Ruth E. Olive*
     Deputy Clerk, U.S. District Court

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.